**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELERITY IP, LLC, ASUS TECHNOLOGY LICENSING INC., *and* INNOVATIVE SONIC LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>AT&T CORP., AT&T MOBILITY LLC, AT&T MOBILITY II LLC, AT&T SERVICES, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, T-MOBILE USA, INC., *and* ERICSSON INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:24-CV-00721-JRG-RSP |

**ORDER**

A Report of Mediation was previously filed by mediator Jack Wesley Hill. **Dkt. No. 119**. In it, Mr. Hill reports that he conducted a mediation with the Parties on December 3, 2025, which was continued and remains ongoing. *Id.* at 1. In view of the appointment of the Honorable David Folsom as mediator in the related consolidated Lead Case, No. 2:23-cv-486, and the overlap of issues with this case, it is hereby

**ORDERED** that Hon. David Folsom, Folsom ADR PLLC, 6002 Summerfield Drive, Texarkana, Texas 75503, telephone number 903-277-7303, and email david@folsomadr.com, is appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate an appropriate date for the mediation. Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. Without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters,

etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018, and found at https://www.txed.uscourts.gov/?q=judge/district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**SIGNED this 24th day of April, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE